AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Ronald E. Lidderdale<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  2:25-mj-270 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2024 to May 8, 2025_____ in the county of _____Franklin_____ in the

_____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communications with a threat to kidnap or injure |
| 18 U.S.C. § 876 | Mailing threatening communications |
| 18 U.S.C. § 1038(a)(1) | False information and hoaxes |
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Brock Flint*
_____
*Complainant's signature*

Brock Flint, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 8, 2025_____

City and state: _____Columbus, Ohio_____

Kimberly A. Jolson
United States Magistrate Judge